### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:13CR275 |
| vs. | ) | ORDER |
| **CARLOS A. CORONA-SANCHEZ,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Carlos A. Corona-Sanchez (Corona-Sanchez) to delay the filing of briefs until after an evidentiary hearing (Filing No. 63). Corona-Sanchez has filed motions to suppress seeking the suppression of evidence from a GPS search warrant (Filing No. 60), the suppression of statements allegedly made by Corona-Sanchez (Filing No. 61), and the suppression of evidence obtained as a result of the detention of Corona-Sanchez and the search of Corona-Sanchez's residence in California (Filing No. 62). Filing No. 60 also contains an assertion that there were false statements made in the application for the GPS search warrant implicating *Franks v. Delaware*, 438 U.S. 154 (1978). All the motions contain allegations garnered from discovery already provided to Corona-Sanchez. The motion to delay briefing on such motions is **denied**.

Corona-Sanchez will file his briefs on all his motions **on or before March 18, 2014**. Failure to file such briefs will constitute an abandonment of the motions. The government shall have to **on or before March 26, 2014**, to respond. An evidentiary hearing is scheduled before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, commencing **at 9:00 a.m. on Wednesday, April 2, 2014.**

**IT IS SO ORDERED.**

DATED this 11th day of March, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge