IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR275 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CARLOS ARMANDO CORONA-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on Defendant's motion to seal. Being fully advised in the premises, the Court finds that said motion should be granted in part.

IT IS THEREFORE ORDERED that the Defendant's motion to suppress (Filing No. 60) and supporting brief (Filing No. 65) shall be filed as restricted and access to the PDF Documents shall be restricted to case participants and the court.

DATED this 19th day of March, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge