# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR275 |
| | ) | |
| vs. | ) | |
| | ) | |
| CARLOS A. CORONA-SANCHEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the unopposed Motion to Continue Trial [113]. Counsel needs additional time to prepare for trial and to explore plea negotiations. The defendant has previously complied with NECrimR 12.1(a). (See filing [103].) For good cause shown,

**IT IS ORDERED** that the motion to continue trial [113] is granted, as follows:

1. The jury trial now set for January 17, 2015 is continued to **March 3, 2015.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 3, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 13, 2015.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**