**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:13CR275** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CARLOS ARMANDO CORONA-SANCHEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's notice of appeal and motion for appointment of counsel (Filing No. 182), the Defendant's Financial Affidavit (Filing No. 183), the Clerk's memoranda regarding the untimeliness of the notice (Filing No. 184) and in forma pauperis status (Filing No. 187).

On March 27, 2015, the Defendant signed a Plea Agreement (Filing No. 142) and on April 6, 2015, the Defendant pled guilty at his Change of Plea Hearing (Filing No. 139) to Count I of the Superseding Indictment (Filing No. 48).   In the written Plea Agreement, the Defendant waived any and all rights to appeal his conviction and sentence and to any post-conviction proceedings except for very limited conditions.  On June 29, 2015, the Defendant was sentenced (Filing No. 167) and the Court entered its Judgment (Filing No. 170).  On October 26, 2015, the Defendant filed a Motion to Reduce Sentence (Filing No. 179) pursuant to Amendment 782 and that motion is still pending.  On November 23, 2015, the Defendant filed his notice of appeal (Filing No. 182) advising he is appealing his sentence.

Federal Appellate Rule of Procedure 4(b)(1)(A)(i) provides that, under the circumstances presented in this case, a criminal defendant's notice of appeal must be filed within 14 days of the entry of the judgment or order being appealed.  Federal Appellate

Rule of Procedure 4(b)(4) provides that the 14-day period may be extended by 30 days upon a finding of excusable neglect or good cause.

In this case, the notice of appeal is untimely. The Defendant has not shown excusable neglect or good cause. Accordingly, the Defendant will not be permitted to proceed in forma pauperis on appeal.

IT IS ORDERED:

1. The Defendant's notice of appeal (Filing No. 182) is untimely;

2. The Defendant may not proceed in forma pauperis on appeal;

3. The Defendant's Motion to Appoint Counsel (Part 2 of Filing No. 182) is denied; and

4. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 2nd day of December, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge